IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-535-MOC-DCK

| | |
|---|---|
| THOMAS LEE DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| NETSPEND CORPORATION, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Agreed Motion For Special Admission" (Document No. 16). This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. The parties request that Shannon H. Hutcheson, counsel for Defendant(s), be admitted to this Court solely for the purpose of obtaining dismissal of this case, which has been settled.

Having carefully considered the motion and the record, and noting the parties' agreement, the undersigned will grant the motion. The undersigned finds good cause for admitting Ms. Hutcheson for special admission before this Court pursuant to Local Rule 83.1(B)(2). Ms. Hutcheson is specifically admitted for the limited purpose of filing the parties' "Agreed Motion To Dismiss With Prejudice" (Document No. 17), and seeking dismissal of this action.

**IT IS, THEREFORE, ORDERED** that the parties' "Agreed Motion For Special Admission" (Document No. 16) is **GRANTED**.

**SO ORDERED**.

Signed: October 30, 2015

David C. Keesler
United States Magistrate Judge